**Exhibit A to the Complaint**

**Location:** Milpitas, CA  
**Total Works Infringed:** 24  
**IP Address:** 108.65.193.77  
**ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7B5C509F0E138C25DA7E1CFEDEBD4AA7B5DCF4BC<br>File Hash: 7A28194A1CC4B1F19B17D5740386B6F1D8D499F361CF1FCC92F31BEF672E1653 | 06-04-2021 07:39:02 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 2 | Info Hash: 42ECAAEDF5FAE1D20495A16EE7297D12DE2F4692<br>File Hash: 2119CF5CC787DA3DCDBFB77F08C539EC3AAA2D732B0F6855457713266E2F89B9 | 05-21-2021 07:04:39 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 3 | Info Hash: 36236DF80E3789C32873A3E74D3DCB69631784C2<br>File Hash: 708063990182E56298A47B688B4698CA2EE25DB127EAC494D09B1B5008E0E7AC | 04-13-2021 06:02:22 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 4 | Info Hash: BCB39DF4FF4430DC42537D2AB3893D69C56A560E<br>File Hash: E72A5AD2FA19999DE3594E4E11E69AAE595C3F128A09DA5E97317E75BBA0CA28 | 03-09-2021 09:25:48 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 5 | Info Hash: 5DE0F105FC00E754C7A68603C1A8E3DD0386A030<br>File Hash: 66005ED04FAA2FA043F36536FF1BA73147CB286F0AC9CCC4034E6F08ACDDA242 | 05-19-2020 19:26:58 | Tushy | 02-05-2020 | 03-15-2020 | PA0002240545 |
| 6 | Info Hash: 2A03B74B0623C4DC5C2A345CA6942396B4E80DBA<br>File Hash: 28D715B697DDB1C089DA2343D01306F2C2B9365A8A89E422E1E0232F462B7235 | 05-19-2020 19:11:15 | Tushy | 12-27-2019 | 01-22-2020 | PA0002234861 |
| 7 | Info Hash: A293C6DB6C2A564F2EBBF7F273138154D95D3C4C<br>File Hash: 75CF2A35CD67E106DC2D5C349DA347EBE72F275E10C4A134CF140C2662694B79 | 04-28-2020 11:57:33 | Blacked Raw | 09-29-2019 | 10-21-2019 | PA0002207777 |
| 8 | Info Hash: 8E6EED497401E5632882329A13CCE181E0D45A1E<br>File Hash: 7EF068634F9DBFFFF69D13096D059481F3BD7CB4C08FB71B20294D69CF19CB36 | 04-12-2020 06:10:04 | Blacked Raw | 02-01-2020 | 03-15-2020 | PA0002240553 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: C5066B1D80EAA05D2B14F75F270793B4B5C9C7F7<br>File Hash: F1F789A2C6376053A4B21563798EDDB6213746A5C8A3FEF712C6104986636863 | 03-08-2020 03:45:20 | Blacked | 03-05-2020 | 04-15-2020 | PA0002246102 |
| 10 | Info Hash: 089B3E366297B1BE04D0F906FE75AF916586D0F6<br>File Hash: 033A772FA9953E2C818B0FD0AA0DE6E75B6D84745F83F2010A8606CD0E959BE8 | 02-29-2020 08:03:52 | Vixen | 02-28-2020 | 04-17-2020 | PA0002251744 |
| 11 | Info Hash: 4BC88CE75F516411A03F0D4908F70299E6EA5B8F<br>File Hash: 113D6680B4E1CA5B0C7C2750EED2410FCAC42C43DBE8EDEB56D2D2FC4B3BA8DE | 02-14-2020 18:36:37 | Blacked Raw | 02-13-2020 | 03-18-2020 | PA0002241447 |
| 12 | Info Hash: 86804856761D83AD88F3D60A55538FD4C54CCAF9<br>File Hash: A0E0110717861537BA4980ACEF88256134D2FB1A710EA7331055A765A08959FD | 12-07-2019 08:41:21 | Blacked | 12-06-2019 | 12-17-2019 | PA0002217665 |
| 13 | Info Hash: 72906D84D8783BBD85422446F753190E587602DF<br>File Hash: 5D29B63EE042AECC50E69817F835ADDA3C953B61CF929DBB55B296E7B95F6867 | 11-23-2019 07:54:32 | Blacked Raw | 11-22-2019 | 12-17-2019 | PA0002217672 |
| 14 | Info Hash: E401EDC19B0CCB7625B52FEE8B163E03FFF0EF0E<br>File Hash: CFA72EA152DD827C145166E600349017CCEFD9C1FCDA3374115C2BCAD05C0681 | 11-23-2019 07:50:40 | Tushy | 11-22-2019 | 12-03-2019 | PA0002232052 |
| 15 | Info Hash: AB6061895AFDF2D02F4E52CBE8139592CFEFDF38<br>File Hash: 8AC6BEF33EC824383A869041954605EAA507DB219553EA03EE78AEC6DD85A33A | 10-04-2019 06:23:03 | Blacked | 10-02-2019 | 10-21-2019 | PA0002207747 |
| 16 | Info Hash: EDFC62C9AAB72DDFCD865F492AFC530D912B089E<br>File Hash: FC53C039131B9EACB19F232BAC3627FF51FFA42F09C6ABC2930F4CFC5FAE0414 | 09-24-2019 06:50:14 | Tushy | 09-23-2019 | 10-07-2019 | PA0002205466 |
| 17 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 08-24-2019 23:44:50 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 07-25-2019 10:45:11 | Blacked | 07-24-2019 | 09-10-2019 | PA0002199414 |
| 19 | Info Hash: BC86E55F2C128EFE18D962E4EB57A61EBD0AD349<br>File Hash: 6C07F7106D560D21F03E3A88304E502368948D9E4E838909E453898AD6BEBA00 | 07-07-2019 10:06:17 | Blacked Raw | 07-06-2019 | 08-02-2019 | PA0002192304 |
| 20 | Info Hash: 557B0DE14F6A7A062A05FC99F16612D803949D3D<br>File Hash: 9EF62CAA1C0D9C52B514A1F0AA148B3661ACC17A9086063745262761793AEDBC | 05-22-2019 05:24:58 | Tushy | 05-21-2019 | 06-17-2019 | PA0002181294 |
| 21 | Info Hash: 87E3EE6A6C12D0A473417E5E80E3584E523406F7<br>File Hash: 62621F634640FFC544FE55589BA50348522FBE4631FEBBBCD6EBDF6969283909 | 05-21-2019 07:22:48 | Vixen | 05-19-2019 | 06-13-2019 | PA0002180953 |
| 22 | Info Hash: 57486A4EDC4CD3291B78225FD65401AF15D5AD8A<br>File Hash: E64B4FF9B92806F61563E1BA7DA3EC247E543E4873D1BE0BF67780682F1050A1 | 05-12-2019 09:53:02 | Tushy | 05-11-2019 | 07-05-2019 | PA0002206404 |
| 23 | Info Hash: F9B92290296A3DF4D4981A2EB881ECBD9591750C<br>File Hash: FB5B3789E4048125B9665266C55CBA91F9F4B53AFC0E29A6F9617CEDF5F9D963 | 05-01-2019 03:50:45 | Blacked | 04-30-2019 | 06-03-2019 | PA0002178774 |
| 24 | Info Hash: 49E920F163B2C9EF2C175D4BDFA8E00D957F0478<br>File Hash: EC0A7B41FAC1631FA099BE682C6FD8A4C367B0A6C18AE62A24E272827DF7BA5D | 04-26-2019 19:34:05 | Blacked | 04-25-2019 | 05-28-2019 | PA0002200766 |